# EXHIBIT 1

# EXHIBIT 1

**Exhibit – Revenue Diverted To Royce**

| Payor | Check # | Check date | Amount |
|-------|---------|------------|--------|
| Regional Reps Holding Corp. | 41780 | 10/5/2017[†] | $ 750.00 |
| Jordan Associates | 10705 | 10/5/2017[†] | $ 523.60 |
| Regional Reps Holding Corp. | 41569 | 10/3/2017[†] | $ 1,835.00 |
| Silver State Radio LLC | 0025625110 | 9/21/2017[†] | $ 2,000.00 |
| Steglor, LLC dba Quality Hearing Aids | 1565 | 12/26/2017 | $ 1,000.00 |
| Silver State Radio LLC | 0060129537 | 12/28/2017 | $ 2,000.00 |
| Silver State Radio LLC | 0060129540 | 12/28/2017 | $ 2,000.01 |
| Silver State Radio LLC | 0060129541 | 12/28/2017 | $ 2,002.00 |
| Live Nation | 55462471 | 12/22/2017 | $ 1,720.40 |
| Regional Reps Holding Corp. | 45174 | 1/26/2018 | $ 14,405.00 |
| Live Nation | 55465432 | 1/18/2018 | $ 2,203.20 |
| Silver State Radio LLC | 0066111863 | 1/19/2018 | $ 2,000.00 |
| b&p advertising media public relations | 17380 | 1/12/2018 | $ 2,065.50 |
| b&p advertising media public relations | 17455 | 2/2/2018 | $ 2,065.50 |
| Live Nation | 55468402 | 2/1/2018 | $ 550.80 |
| Steglor, LLC dba Quality Hearing Aids | 1583 | 1/31/2018 | $ 500.00 |
| Fantasy Springs Casino | 187595 | 1/12/2018 | $ 382.50 |
| Regional Reps Holding Corp. | 40232 | 8/10/2017[†] | $ 1,000.00 |
| Silver State Radio LLC | 0014938417 | 8/14/2017[†] | $ 2,000.00 |
| Concerts West, LLC | 224868 | 8/1/2017[†] | $ 879.75 |
| Virginia College, LLC | 4004650 | 8/4/2017[†] | $ 2,404.65 |
| Jordan Associates | 170540 | 8/3/2017[†] | $ 523.60 |
| MWBP, Ltd. | 1094 | 8/16/2017[†] | $ 710.60 |
| Regional Reps Holding Corp. | 46284 | 3/8/2018 | $ 23,107.06 |
| Regional Reps Holding Corp. | 45551 | 2/9/2018 | $ 1,417.50 |
| Silver State Radio LLC | 0076514223 | 2/26/2018 | $ 2,000.00 |
| Battle Born Radio Corp | 1579 | 3/1/2018 | $ 425.00 |
| Battle Born Radio Corp | 1566 | 4/7/2018 | $ 425.00 |
| Regional Reps Holding Corp. | 45361 | 2/1/2018 | $ 472.50 |
| Live Nation | 55469526 | 2/8/2018 | $ 734.40 |
| Live Nation | 55468980 | 2/5/2016 | $ 367.20 |
| b&p advertising media public relations | 17591 | 3/9/2018 | $ 518.50 |

[†]Deposited/negotiated after Oct. 19, 2017.

**Exhibit – Revenue Diverted To Royce**

| Payor | Check # | Check date | Amount |
|---|---|---|---|
| Fantasy Springs Casino | 188524 | 2/23/2018 | $ 765.00 |
| b&p advertising media public relations | 17154 | 11/17/2017 | $ 3,570.00 |
| SBBCollege | 506785 | 11/21/2017 | $ 3,029.40 |
| KLINE Marketing | 1390 | 4/9/2018 | $ 1,147.50 |
| Steglor, LLC dba Quality Hearing Aids | 1551 | 11/25/2017 | $ 2,000.00 |
| Steglor, LLC dba Quality Hearing Aids | 1547 | 11/20/2017 | $ 1,000.00 |
| Regional Reps Holding Corp. | 43132 | 11/13/2017 | $ 2,890.00 |
| Steglor, LLC dba Quality Hearing Aids | 1615 | 3/28/2018 | $ 1,620.00 |
| Regional Reps Holding Corp. | 41987 | 10/16/2017[†] | $ 750.03 |
| Fantasy Springs Casino | 189201 | 3/16/2018 | $ 595.00 |
| Regional Reps Holding Corp. | 46822 | 3/28/2018 | $ 900.00 |
| KLINE Marketing | 1392 | 4/20/2018 | $ 1,147.50 |
| Fantasy Springs Casino | 190891 | 6/1/2018 | $ 6,154.00 |
| Silver State Radio LLC | 0096316434 | 5/3/2018 | $ 2,000.00 |
| Center Stage Entertainment | 0025336149 | 6/4/2018 | $ 4,000.00 |
| b&p advertising media public relations | 17923 | 6/4/2018 | $ 1,976.25 |
| Live Nation | 55485302 | 5/3/2018 | $ 2,142.00 |
| Live Nation | 55483362 | 4/23/2018 | $ 2,203.20 |
| b&p advertising media public relations | 17755 | 4/16/2018 | $ 1,317.50 |
| Regional Reps Holding Corp. | 47056 | 4/9/2018 | $ 1,250.00 |
| KLINE Marketing | 1394 | 5/2/2018 | $ 1,147.50 |
| Regional Reps Holding Corp. | 48289 | 5/14/2018 | $ 845.60 |
| Concerts West, LLC | 247950 | 7/17/2018 | $ 884.00 |
| Regional Reps Holding Corp. | 50079 | 7/6/2018 | $ 845.60 |
| Regional Reps Holding Corp. | 50324 | 7/16/2018 | $ 364.00 |
| Regional Reps Holding Corp. | 50112 | 7/9/2018 | $ 1,323.00 |
| Regional Reps Holding Corp. | 50115 | 7/9/2018 | $ 1,400.00 |
| ipg Interpublic Group | 300576481 | 7/18/2018 | $ 1,050.60 |
| Regional Reps Holding Corp. | 50452 | 7/19/2018 | $ 1,071.00 |
| Regional Reps Holding Corp. | 50455 | 7/19/2018 | $ 1,484.00 |
| Fantasy Springs Casino | 192252 | 7/27/2018 | $ 2,550.00 |
| Regional Reps Holding Corp. | 51007 | 7/30/2018 | $ 1,323.00 |

2

[†]Deposited/negotiated after Oct. 19, 2017.

**Exhibit – Revenue Diverted To Royce**

| Payor | Check # | Check date | Amount |
|---|---|---|---|
| Regional Reps Holding Corp. | 51010 | 7/30/2018 | $ 1,820.00 |
| b&p advertising media public relations | 17825 | 5/3/2018 | $ 658.75 |
| Regional Reps Holding Corp. | 51747 | 8/15/2018 | $ 616.00 |
| Regional Reps Holding Corp. | 51449 | 8/8/2018 | $ 850.50 |
| Regional Reps Holding Corp. | 51452 | 8/8/2018 | $ 616.00 |
| Regional Reps Holding Corp. | 51744 | 8/15/2018 | $ 850.50 |
| b&p advertising media public relations | 18169 | 7/27/2018 | $ 442.00 |
| Steglor, LLC dba Quality Hearing Aids | 1680 | 8/20/2018 | $ 4,200.00 |
| KLINE Marketing | 1399 | 8/8/2018 | $ 1,683.00 |
| Regional Reps Holding Corp. | 52129 | 8/22/2018 | $ 616.00 |
| Regional Reps Holding Corp. | 52126 | 8/22/2018 | $ 850.50 |
| Regional Reps Holding Corp. | 51851 | 8/20/2018 | $ 845.60 |
| Regional Reps Holding Corp. | 52537 | 8/29/2018 | $ 850.50 |
| Regional Reps Holding Corp. | 52540 | 8/29/2018 | $ 616.00 |
| Live Nation | 55510569 | 9/5/2018 | $ 612.00 |
| Regional Reps Holding Corp. | 53146 | 9/10/2018 | $ 616.00 |
| Regional Reps Holding Corp. | 53143 | 9/10/2018 | $ 850.50 |
| Regional Reps Holding Corp. | 52571 | 8/29/2018 | $ 410.55 |
| KLINE Marketing | 1401 | 9/5/2018 | $ 1,683.00 |
| Silver State Radio LLC | 581489363 | 9/10/2018 | $ 2,000.00 |
| Silver State Radio LLC | 0038857870 | 9/11/2018 | $ 2,000.00 |
| Concerts West, LLC | 257949 | 10/7/2018 | $ 765.00 |
| Live Nation | 55513871 | 9/21/2018 | $ 1,101.60 |
| Steglor, LLC dba Quality Hearing Aids | 1711 | 9/24/2018 | $ 1,000.00 |
| Silver State Radio LLC | 583924999 | 9/25/2018 | $ 2,000.00 |
| Silver State Radio LLC | 583947065 | 9/25/2018 | $ 2,000.00 |
|  |  |  | **$ 160,288.95** |

†Deposited/negotiated after Oct. 19, 2017.

# EXHIBIT 2

# EXHIBIT 2

**Exhibit – Revenue Diverted To RIBC**

| Payor | Check # | Check date | Amount |
|-------|--------:|------------|-------:|
| Live Nation | 5550986 | 7/23/2018 | $ 2,042.55 |
| Live Nation | 55501877 | 7/26/2018 | $ 5,384.75 |
| Live Nation | 55458231 | 12/7/2017 | $ 2,142.00 |
| Silver State Radio, LLC | 0023405424 | 8/8/2018 | $ 2,000.00 |
| Fantasy Springs Casino | 192083 | 7/20/2018 | $ 382.50 |
| Regional Reps Holding Corp. | 44061 | 12/8/2017 | $ 800.00 |
| Messina Touring Group (AEG Live LLC) | 168039 | 12/12/2017 | $ 442.00 |
| DuPont | 0002187875 | 10/25/2017 | $ 42.00 |
| AT&T | 00025064726 | 11/1/2017 | $ 2,056.53 |
| AT&T | 0024821353 | 11/1/2017 | $ 1,108.14 |
| AT&T | 0024980249 | 11/1/2017 | $ 134.75 |
| Silver State Radio, LLC | 597534496 | 12/21/2018 | $ 2,000.00 |
| Live Nation | 55530845 | 12/12/2018 | $ 1,491.75 |
| Regional Reps Holding Corp. | 60207 | 11/20/2018 | $ 1,268.40 |
| Regional Reps Holding Corp. | 60643 | 12/4/2018 | $ 263.20 |
| Regional Reps Holding Corp. | 60774 | 12/12/2018 | $ 900.00 |
| Clover Mill Associates, Inc. | 1994 | 12/19/2018 | $ 150.00 |
| Regional Reps Holding Corp. | 59542 | 11/13/2018 | $ 422.80 |
| Regional Reps Holding Corp. | 59642 | 11/14/2018 | $ 789.60 |
| IPG Interpublic Group | 300604738 | 11/26/2018 | $ 657.05 |
| Fantasy Springs Casino | 194851 | 11/16/2018 | $ 340.00 |
| Silver State Radio, LLC | 603271237 | 1/31/2019 | $ 2,000.00 |
| Fantasy Springs Casino | 196468 | 1/18/2019 | $ 1,062.50 |
| IPG Interpublic Group | 300618475 | 2/4/2019 | $ 1,092.25 |
| Regional Reps (West Palm Beach, FL) | 1289 | 1/31/2019 | $ 845.60 |
| Regional Reps Holding Corp. | 55768 | 10/15/2018 | $ 850.50 |
| Battle Born Radio Corp | 1738 | 3/26/2019 | $ 2,000.00 |
| Live Nation | 55548117 | 3/29/2019 | $ 1,101.60 |
| Silver State Radio, LLC | 612119648 | 3/29/2019 | $ 2,000.00 |
| Silver State Radio, LLC | 616797400 | 4/30/2019 | $ 2,000.00 |
| Fantasy Springs Casino | 199013 | 5/3/2019 | $ 1,147.50 |
| Battle Born Radio Corp | 1752 | 4/25/2019 | $ 2,000.00 |

**Exhibit – Revenue Diverted To RIBC**

| Payor | Check # | Check date | Amount |
|-------|---------|------------|--------|
| IPG Interpublic Group | 300634098 | 4/25/2019 | $ 198.05 |
| IPG Interpublic Group | 300632282 | 4/22/2019 | $ 448.80 |
| Live Nation | 55557034 | 5/21/2019 | $ 12,847.75 |
| Battle Born Radio Corp | 1763 | 5/28/2019 | $ 2,000.00 |
| Regional Reps (West Palm Beach, FL) | 3888 | 5/22/2019 | $ 1,260.00 |
| IPG Interpublic Group | 300637372 | 5/20/2019 | $ 644.30 |
| Fantasy Springs Casino | 199795 | 6/7/2019 | $ 5,491.00 |
| Regional Reps (West Palm Beach, FL) | 4385 | 5/31/2019 | $ 1,232.00 |
| Silver State Radio, LLC | 621221850 | 5/31/2019 | $ 2,000.00 |
| Regional Reps (West Palm Beach, FL) | 4387 | 5/31/2019 | $ 616.00 |
| Regional Reps (West Palm Beach, FL) | 4384 | 5/31/2019 | $ 616.00 |
| Live Nation | 55559394 | 6/3/2019 | $ 550.80 |
| Regional Reps (West Palm Beach, FL) | 4383 | 5/31/2019 | $ 850.50 |
| Regional Reps (West Palm Beach, FL) | 4386 | 5/31/2019 | $ 850.50 |
| Live Nation | 55563535 | 6/24/2019 | $ 6,186.30 |
| Silver State Radio, LLC | 625516867 | 6/27/2019 | $ 2,000.00 |
| Battle Born Radio Corp | 1774 | 7/1/2019 | $ 2,000.00 |
| IPG Interpublic Group | 300642205 | 6/27/2019 | $ 555.90 |
| Fantasy Springs Casino | 199945 | 6/14/2019 | $ 913.75 |
| Battle Born Radio Corp | 1781 | 8/1/2019 | $ 2,000.00 |
| Silver State Radio, LLC | 62281053 | 8/15/2019 | $ 2,000.00 |
| Media Financial Services | 231788 | 7/29/2019 | $ 840.00 |
| Media Financial Services | 231903 | 7/31/2019 | $ 840.00 |
| IPG Interpublic Group | 300649736 | 8/12/2019 | $ 264.35 |
| IPG Interpublic Group | 300650608 | 8/21/2019 | $ 89.25 |
| Battle Born Radio Corp | 1149 | 3/11/2019 | $ 660.00 |
| Nocitations Inc. | 5628 | 3/4/2016 | $ 1,000.00 |
| SupaJames Presents, LLC | 0244 | 9/1/2019 | $ 6,263.00 |
| Silver State Radio, LLC | 633674877 | 8/23/2019 | $ 2,000.00 |
| Silver State Radio, LLC | 633929599 | 8/26/2019 | $ 2,000.00 |
| Battle Born Radio Corp | 1798 | 9/1/2019 | $ 2,000.00 |
| Live Nation | 55575963 | 8/21/2019 | $ 1,101.60 |

**Exhibit – Revenue Diverted To RIBC**

| Payor | Check # | Check date | Amount |
|---|---|---|---|
| Live Nation | 55575691 | 8/20/2019 | $ 2,937.60 |
| Live Nation | 55577970 | 8/29/2019 | $ 742.05 |
| Live Nation | 55578741 | 9/3/2019 | $ 573.75 |
| Silver State Radio, LLC | 637873043 | 9/24/2019 | $ 2,000.00 |
| Fantasy Springs Casino | 202296 | 9/20/2019 | $ 3,162.00 |
| Live Nation | 55582894 | 9/24/2019 | $ 7,138.30 |
| Live Nation Worldwide | 105410672 | 9/26/2019 | $ 7,855.70 |
| Battle Born Radio Corp | 1808 | 10/1/2019 | $ 2,000.00 |
| Live Nation | 55582143 | 9/20/2019 | $ 918.00 |
| Media Financial Services | 234504 | 10/10/2019 | $ 764.40 |
| Silver State Radio, LLC | 642333814 | 10/25/2019 | $ 2,000.00 |
| Battle Born Radio Corp | 1822 | 11/1/2019 | $ 2,000.00 |
| Media Financial Services | 235412 | 11/7/2019 | $ 1,260.00 |
| Media Financial Services | 235073 | 10/30/2019 | $ 499.80 |
| Fantasy Springs Casino | 203316 | 11/1/2019 | $ 833.00 |
| Live Nation | 55589179 | 10/25/2019 | $ 550.80 |
| Fantasy Springs Casino | 203682 | 11/15/2019 | $ 952.00 |
| Touch Squared Marketing LLC | 1678 | 10/15/2019 | $ 550.80 |
| Silver State Radio, LLC | 654648538 | 1/24/2020 | $ 2,000.00 |
| Silver State Radio, LLC | 650407673 | 12/23/2019 | $ 2,000.00 |
| Battle Born Radio Corp | 1402 | 1/15/2020 | $ 2,000.00 |
| Battle Born Radio Corp | 1831 | 12/1/2019 | $ 2,000.00 |
| Media Financial Services | 238129 | 1/30/2020 | $ 1,330.00 |
| Touch Squared Marketing LLC | 2140 | 1/29/2020 | $ 613.70 |
| Media Financial Services | 237742 | 1/16/2020 | $ 700.00 |
| Media Financial Services | 237944 | 1/22/2020 | $ 317.80 |
| Media Financial Services | 237333 | 1/9/2020 | $ 771.40 |
| Battle Born Radio Corp | 1418 | 2/25/2020 | $ 2,000.00 |
| Silver State Radio, LLC | 658364780 | 2/21/2020 | $ 2,000.00 |
| Media Financial Services | 239245 | 2/27/2020 | $ 1,649.90 |
| Clover Mill Associates, Inc. | 14060 | 3/6/2020 | $ 150.00 |
| Media Financial Services | 239628 | 3/13/2020 | $ 420.00 |

**Exhibit – Revenue Diverted To RIBC**

| Payor | Check # | Check date | Amount |
|---|---|---|---|
| Media Financial Services | 240509 | 5/1/2020 | $ 460.60 |
| MMS as Paying Company | 0150536029 | 3/19/2020 | $ 1,020.00 |
| Media Financial Services | 240159 | 4/16/2020 | $ 1,960.00 |
| Battle Born Radio Corp | 1437 | 3/25/2020 | $ 2,000.00 |
| Silver State Radio, LLC | 666747664 | 4/24/2020 | $ 2,000.00 |
| Silver State Radio, LLC | 662638721 | 3/25/2020 | $ 2,000.00 |
| AT&T | 0027033342 | 2/1/2019 | $ 2,140.47 |
| Verizon | 0013184253 | 2/1/2019 | $ 1,139.71 |
| AT&T | 0026800334 | 2/1/2019 | $ 1,217.45 |
| AT&T | 0026955655 | 2/1/2019 | $ 140.25 |
| Media Financial Services | 240573 | 5/4/2020 | $ 1,659.00 |
| Media Financial Services | 240711 | 5/12/2020 | $ 1,680.00 |
| Silver State Radio, LLC | 670358871 | 5/22/2020 | $ 2,000.00 |
| Battle Born Radio Corp | 1449 | 4/5/2020 | $ 2,000.00 |
| Silver State Radio, LLC | 646098640 | 11/21/2019 | $ 2,000.00 |
| Silver State Radio, LLC | 646277984 | 11/22/2019 | $ 2,000.00 |
| Media Financial Services | 236203 | 12/2/2019 | $ 2,406.60 |
| Messina Touring Group (AEG Presents LLC) | 286318 | 12/5/2019 | $ 344.25 |
| Silver State Radio, LLC | 374615288 | 6/24/2020 | $ 2,000.00 |
| Fantasy Springs Casino | 207489 | 6/12/2020 | $ 680.00 |
| Media Financial Services | 241436 | 6/9/2020 | $ 152.60 |
| Fantasy Springs Casino | 207627 | 6/19/2020 | $ 340.00 |
| USIM | 382766 | 6/22/2020 | $ 663.00 |
| Media Financial Services | 242222 | 7/30/2020 | $ 676.20 |
| Silver State Radio, LLC | 680405579 | 8/7/2020 | $ 2,000.00 |
| Silver State Radio, LLC | 679266244 | 7/30/2020 | $ 2,000.00 |
| Silver State Radio, LLC | 678499926 | 7/24/2020 | $ 2,000.00 |
| Fantasy Springs Casino | 208311 | 8/7/2020 | $ 1,024.25 |
| Silver State Radio, LLC | 681932791 | 8/21/2020 | $ 2,000.00 |
| | | | **$ 199,633.20** |

# EXHIBIT 3

# EXHIBIT 3

**Exhibit – Revenue Diverted To Parents Trust**

| Payor | Check # | Check date | Amount |
|---|---|---|---|
| AT&T | 0026247276 | 8/1/2018 | $  2,098.50 |
| Kaminsky Productions | 17229 | 10/30/2017 | $  464.10 |
| Jordan Associates DBA Jordan Advertising | 10965 | 10/26/2017 | $  775.20 |
| Concerts West, LLC | 230745 | 10/26/2017 | $  1,011.50 |
| Regional Reps Holding Corp. | 42945 | 11/6/2017 | $  7,770.00 |
| Comcast | 11382487 | 1/24/2018 | $  1,011.47 |
| DuPont | 0002188809 | 1/25/2018 | $  42.00 |
| P&G | 0155434 | 8/15/2017[†] | $  5,402.05 |
| bp | 2602719 | 12/21/2017 | $  3,047.59 |
| CenturyLink | 0002339730 | 3/20/2015[†] | $  5.40 |
| CenturyLink | 0002860830 | 6/14/2016[†] | $  5.40 |
| CenturyLink | 0002554514 | 9/22/2015[†] | $  5.40 |
| Frontier | 0006314795 | 3/31/2016[†] | $  90.27 |
| Frontier | 0003869706 | 6/28/2013[†] | $  85.97 |
| Frontier | 0006111990 | 12/31/2015[†] | $  90.27 |
| Frontier | 0007398231 | 9/29/2017[†] | $  34.13 |
| DuPont | 0001807385 | 4/24/2015[†] | $  43.75 |
| Smucker's | 0001267775 | 12/1/2015[†] | $  104.68 |
| Verizon | 0011857077 | 2/1/2018 | $  1,116.07 |
| AT&T | 0025221950 | 2/1/2018 | $  1,193.58 |
| Smucker's | 0001407657 | 3/1/2018 | $  128.64 |
| AT&T | 0025463323 | 2/1/2018 | $  2,098.50 |
| Verizon | 0011515026 | 11/1/2017 | $  1,057.33 |
| Hershey | 0078571750 | 3/15/2018 | $  4,576.78 |
| Hershey | 0078552538 | 6/15/2017[†] | $  4,084.73 |
| Smucker's | 0001422112 | 6/1/2018 | $  128.64 |
| P&G | 0241988 | 5/15/2018 | $  5,930.39 |
| The Hartford | 0035001862 | 3/2/2015[†] | $  3,770.00 |
| AT&T | 0026009725 | 8/1/2018 | $  1,193.58 |
| DuPont | 0002190614 | 7/25/2018 | $  42.00 |
| AT&T | 0026166809 | 8/1/2018 | $  137.50 |
| Verizon | 0012529508 | 8/1/2018 | $  1,116.07 |

[†]Deposited/negotiated after Oct. 19, 2017.

**Exhibit – Revenue Diverted To Parents Trust**

| Payor | Check # | Check date | Amount |
|---|---|---|---|
| Hershey | 0002904505 | 9/14/2018 | $ 5,037.25 |
| Frontier | 0007482950 | 12/29/2017 | $ 34.13 |
| Smucker's | 0001436391 | 9/4/2018 | $ 140.18 |
| bp | 2776122 | 9/21/2018 | $ 3,124.42 |
| bp | 2887299 | 3/28/2019 | $ 3,124.42 |
| PG&E Corporation | 0114403 | 7/20/2020 | $ 249.34 |
| Hershey | 0056982869 | 7/20/2020 | $ 5,393.07 |
| DuPont | 0002197504 | 7/24/2020 | $ 31.92 |
| | | | **$ 65,796.22** |

[†]Deposited/negotiated after Oct. 19, 2017.

# EXHIBIT 4

# EXHIBIT 4

**Exhibit – Revenue Diverted To Dominic Trust**

| Payor | Check # | Check date | Amount |
|---|---:|---|---:|
| AT&T | 0028100278 | 11/1/2019 | $ 140.25 |
| P&G | 0184669 | 11/5/2017 | $ 5,402.05 |
| Hershey | 0078565500 | 12/5/2017 | $ 4,335.90 |
| Comcast | 11917397 | 7/25/2018 | $ 1,220.18 |
| P&G | 0213578 | 2/15/2018 | $ 5,702.17 |
| Verizon | 0012195775 | 5/1/2018 | $ 116.07 |
| Comcast | 11654307 | 4/25/2018 | $ 1,220.18 |
| Comcast | 12178679 | 10/24/2018 | $ 1,220.18 |
| AT&T | 0026408196 | 11/1/2018 | $ 1,193.58 |
| Verizon | 0012859533 | 11/1/2018 | $ 1,139.71 |
| AT&T | 0026642455 | 11/1/2018 | $ 2,098.50 |
| bp | 2543833 | 9/22/2017[†] | $ 3,047.59 |
| P&G | 0270100 | 8/15/2018 | $ 5,930.39 |
| Hershey | 0078577925 | 6/15/2018 | $ 4,576.78 |
| bp | 2719202 | 6/22/2018 | $ 3,047.59 |
| Smuckers | 0001392988 | 12/1/2017 | $ 121.87 |
| Smuckers | 0001378134 | 9/1/2017[†] | $ 121.87 |
| AT&T | 0026563731 | 11/1/2018 | $ 137.50 |
| DuPont | 0002191501 | 10/25/2018 | $ 42.00 |
| DuPont | 0002189715 | 4/25/2018 | $ 42.00 |
| P&G | 0244879 | 5/15/2018 | $ 11,104.22 |
| P&G | 0062776 | 11/15/2016[†] | $ 5,244.60 |
| AT&T | 0025857544 | 5/1/2018 | $ 2,098.50 |
| AT&T | 0025618123 | 5/1/2018 | $ 1,193.58 |
| bp | 2662169 | 3/29/2018 | $ 3,047.59 |
| AT&T | 0025775761 | 5/1/2018 | $ 137.50 |
| AT&T | 0025380145 | 2/1/2018 | $ 137.50 |
| P&G | 0298064 | 11/15/2018 | $ 5,930.39 |
| Comcast | 11105664 | 10/25/2017 | $ 1,011.47 |
| Smuckers | 0001450414 | 12/3/2018 | $ 140.18 |
| Silver State Radio LLC | 594877730 | 12/5/2018 | $ 2,000.00 |
| Hershey | 0002910519 | 12/14/2018 | $ 5,037.25 |

1

[†]Deposited/negotiated after Oct. 19, 2017.

**Exhibit – Revenue Diverted To Dominic Trust**

| Payor | Check # | Check date | Amount |
|-------|--------:|:-----------|-------:|
| bp | 2831849 | 12/21/2018 | $ 3,124.42 |
| P&G | 0325547 | 2/15/2019 | $ 5,930.39 |
| Comcast | 12432953 | 1/23/2019 | $ 1,220.18 |
| Hershey | 0002916470 | 3/15/2019 | $ 5,037.25 |
| Smuckers | 0001464288 | 3/1/2019 | $ 140.18 |
| DuPont | 0002193012 | 1/25/2019 | $ 31.92 |
| Smuckers | 0001477959 | 6/3/2019 | $ 140.18 |
| Hershey | 0002922406 | 6/14/2019 | $ 5,037.25 |
| AT&T | 0027419423 | 5/1/2019 | $ 2,140.47 |
| P&G | 0352984 | 5/15/2019 | $ 6,167.70 |
| Verizon | 0013505663 | 5/1/2019 | $ 1,139.71 |
| Comcast | 12685561 | 4/24/2019 | $ 1,348.62 |
| AT&T | 0027188567 | 5/1/2019 | $ 1,217.45 |
| AT&T | 0027343156 | 5/1/2019 | $ 140.25 |
| DuPont | 0002193267 | 4/25/2019 | $ 31.92 |
| P&G | 0379493 | 8/15/2019 | $ 6,167.70 |
| bp | 2941762 | 6/21/2019 | $ 3,124.42 |
| DuPont | 0002194139 | 7/25/2019 | $ 31.92 |
| AT&T | 00027800184 | 8/1/2019 | $ 2,140.47 |
| AT&T | 0027571648 | 8/1/2019 | $ 1,217.45 |
| Verizon | 0013823432 | 8/1/2019 | $ 1,139.71 |
| AT&T | 0027725167 | 8/1/2019 | $ 140.25 |
| Hershey | 0056982576 | 9/25/2019 | $ 20,621.96 |
| bp | 2995774 | 9/20/2019 | $ 3,124.42 |
| AT&T | 0028908335 | 5/1/2020 | $ 2,182.44 |
| bp | 3116108 | 3/27/2020 | $ 3,201.25 |
| bp | 3056672 | 12/20/2019 | $ 3,124.42 |
| AT&T | 0028543288 | 2/3/2020 | $ 2,182.44 |
| Verizon | 0014449817 | 2/3/2020 | $ 1,163.36 |
| AT&T | 0028319151 | 2/3/2020 | $ 1,241.32 |
| Comcast | 13408343 | 1/29/2020 | $ 1,348.62 |
| AT&T | 0028470819 | 2/3/2020 | $ 143.00 |

†Deposited/negotiated after Oct. 19, 2017.

**Exhibit – Revenue Diverted To Dominic Trust**

| Payor | Check # | Check date | Amount |
|-------|--------:|-----------:|-------:|
| DuPont | 0002195850 | 1/24/2020 | $ 31.92 |
| DuPont | 0002195004 | 10/25/2019 | $ 31.92 |
| Smuckers | 0001531100 | 6/1/2020 | $ 145.13 |
| Smuckers | 0001504714 | 12/2/2019 | $ 145.13 |
| Smuckers | 0098008931 | 10/11/2019 | $ 348.42 |
| Comcast | 13171184 | 10/23/2019 | $ 1,348.62 |
| Verizon | 0014138054 | 11/1/2019 | $ 1,163.36 |
| AT&T | 0027948109 | 11/1/2019 | $ 1,217.45 |
| AT&T | 0028173753 | 11/1/2019 | $ 2,140.47 |
| AT&T | 0098404231 | 4/22/2020 | $ 1,050.50 |
| AT&T | 0098404226 | 4/22/2020 | $ 10,492.50 |
| AT&T | 0098404230 | 4/22/2020 | $ 12,899.46 |
| | | | **$ 194,097.06** |

[†]Deposited/negotiated after Oct. 19, 2017.

# EXHIBIT 5

# EXHIBIT 5

**Exhibit – Silver State Broadcasting, LLC Monies Diverted To Naiman**

| Payor | Check # | Date | Amount |
|---|---|---|---|
| Silver State Broadcasting, LLC | 80201 | 11/5/2017 | $ 2,257.09 |
| Silver State Broadcasting, LLC | 80212 | 11/20/2017 | $ 2,915.50 |
| Silver State Broadcasting, LLC | 80218 | 12/5/2017 | $ 3,473.41 |
| Silver State Broadcasting, LLC | 80221 | 12/20/2017 | $ 4,712.26 |
| Silver State Broadcasting, LLC | 80080 | 1/5/2018 | $ 2,319.36 |
| Silver State Broadcasting, LLC | 80261 | 1/20/2018 | $ 2,648.33 |
| Silver State Broadcasting, LLC | 80274 | 2/5/2018 | $ 4,352.94 |
| Silver State Broadcasting, LLC | 80176 | 3/1/2018 | $ 4,352.94 |
| Silver State Broadcasting, LLC | 80284 | 2/20/2018 | $ 2,493.32 |
| Silver State Broadcasting, LLC | 80285 | 3/5/2018 | $ 3,155.00 |
| Silver State Broadcasting, LLC | 80233 | 3/20/2018 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80295 | 4/5/2018 | $ 5,373.33 |
| Silver State Broadcasting, LLC | 80308 | 4/20/2018 | $ 2,416.19 |
| Silver State Broadcasting, LLC | 80196 | 5/20/2018 | $ 2,429.82 |
| Silver State Broadcasting, LLC | 80302 | 6/20/2018 | $ 3,246.38 |
| Silver State Broadcasting, LLC | 80348 | 7/5/2018 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80098 | 7/20/2018 | $ 2,489.89 |
| Silver State Broadcasting, LLC | 80360 | 8/5/2018 | $ 2,498.21 |
| Silver State Broadcasting, LLC | 80370 | 8/20/2018 | $ 4,457.20 |
| Silver State Broadcasting, LLC | 80377 | 9/5/2018 | $ 3,349.24 |
| Silver State Broadcasting, LLC | 80386 | 9/20/2018 | $ 2,398.23 |
| Silver State Broadcasting, LLC | 80393 | 10/5/2018 | $ 2,716.24 |
| Silver State Broadcasting, LLC | 80394 | 10/20/2018 | $ 2,025.90 |
| Silver State Broadcasting, LLC | 80403 | 11/5/2018 | $ 3,150.60 |
| Silver State Broadcasting, LLC | 80415 | 11/20/2018 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80464 | 12/5/2018 | $ 2,708.26 |
| Silver State Broadcasting, LLC | 80343 | 12/20/2018 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80429 | 1/5/2019 | $ 2,025.40 |
| Silver State Broadcasting, LLC | 80436 | 1/20/2019 | $ 2,163.80 |
| Silver State Broadcasting, LLC | 80448 | 2/7/2019 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80447 | 2/6/2019 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80471 | 3/5/2019 | $ 2,464.81 |

1

**Exhibit – Silver State Broadcasting, LLC Monies Diverted To Naiman**

| Payor | Check # | Date | Amount |
|-------|---------|------|--------|
| Silver State Broadcasting, LLC | 80478 | 3/20/2019 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80465 | 4/5/2019 | $ 2,240.67 |
| Silver State Broadcasting, LLC | 80417 | 4/20/2019 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80489 | 5/5/2019 | $ 2,281.58 |
| Silver State Broadcasting, LLC | 80422 | 5/23/2019 | $ 2,072.12 |
| Silver State Broadcasting, LLC | 80424 | 6/5/2019 | $ 2,335.65 |
| Silver State Broadcasting, LLC | 80501 | 6/20/2019 | $ 3,657.32 |
| Silver State Broadcasting, LLC | 80542 | 7/5/2019 | $ 2,120.44 |
| Silver State Broadcasting, LLC | 80507 | 7/20/2019 | $ 2,219.81 |
| Silver State Broadcasting, LLC | 80543 | 8/5/2019 | $ 1,500.00 |
| Silver State Broadcasting, LLC | 80549 | 8/20/2019 | $ 2,266.65 |
| Silver State Broadcasting, LLC | 80564[†] | 9/20/2019 | $ 1,550.00 |
| Silver State Broadcasting, LLC | 80570 | 10/5/2019 | $ 2,037.70 |
| Silver State Broadcasting, LLC | 80575 | 10/20/2019 | $ 1,982.62 |
| Silver State Broadcasting, LLC | 80583 | 11/5/2019 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80590 | 11/20/2019 | $ 2,288.92 |
| Silver State Broadcasting, LLC | 80597 | 12/16/2019 | $ 2,392.80 |
| Silver State Broadcasting, LLC | 80607 | 12/20/2019 | $ 2,260.99 |
| Silver State Broadcasting, LLC | 80515 | 1/4/2020 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80522 | 1/20/2020 | $ 2,511.22 |
| Silver State Broadcasting, LLC | 80532 | 2/5/2020 | $ 3,609.27 |
| Silver State Broadcasting, LLC | 80604 | 2/20/2020 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80620 | 3/5/2020 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80621 | 3/20/2020 | $ 1,993.64 |
| Silver State Broadcasting, LLC | 80647 | 4/5/2020 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80648 | 4/5/2020 | $ 247.48 |
| Silver State Broadcasting, LLC | 80655 | 4/20/2020 | $ 2,266.00 |
| Silver State Broadcasting, LLC | 80656 | 5/5/2020 | $ 2,263.09 |
| Silver State Broadcasting, LLC | 80666 | 5/20/2020 | $ 2,400.85 |
| Silver State Broadcasting, LLC | 80676 | 6/5/2020 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80683 | 6/20/2020 | $ 1,900.00 |
| Silver State Broadcasting, LLC | 80690 | 7/5/2020 | $ 1,955.00 |

[†] Made out (jointly) to Naiman or Stolz.

**Exhibit – Silver State Broadcasting, LLC Monies Diverted To Naiman**

| Payor | Check # | Date | Amount |
|-------|---------|------|--------|
| Silver State Broadcasting, LLC | 80697 | 7/20/2020 | $ 2,175.34 |
| Silver State Broadcasting, LLC | 80703 | 8/5/2020 | $ 2,250.00 |
| Silver State Broadcasting, LLC | 80713 | 8/20/2020 | $ 2,475.31 |
| Silver State Broadcasting, LLC | 80723 | 9/16/2020 | $ 2,200.00 |
| | | | **$   166,648.12** |

3

† Made out (jointly) to Naiman or Stolz.

# EXHIBIT 6

# EXHIBIT 6

**Exhibit – Silver State Broadcasting, LLC Monies Diverted To Stolz**

| Payor | Check # | Date | Amount |
|-------|---------|------|--------|
| Silver State Broadcasting, LLC | 80275 | 1/20/2018 | $      800.00 |
| Silver State Broadcasting, LLC | 80491 | 4/21/2019 | $      800.00 |
| Silver State Broadcasting, LLC[†] | 80564 | 9/20/2019 | $    1,550.00 |
| | | | **$    3,150.00** |

1

[†] Made out (jointly) Naiman or Stolz.